ROBERT P. HENK    (147490)
SHERI L. LEONARD  (173544)
**HENKLEONARD**
**A Professional Law Corporation**
735 Sunrise Avenue, Suite 160
Roseville, CA 95661
Telephone:    (916) 787-4544
Fax:              (916) 787-4530

Attorneys for Plaintiff
**FOLAKE ODUNLAMI**

MICHAEL J. CHRISTIAN (173727)
BRIAN T. HILDRETH (214131)
**JACKSON LEWIS LLP**
801 K Street, Suite 2300
Sacramento, CA 95814
Telephone:    (916) 341-0404
Fax:              (916) 341-0141

Attorneys for Defendant,
**KNOWLEDGE LEARNING CORPORATION, INC.**

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOLAKE ODUNLAMI,**<br><br>      Plaintiff,<br><br>      vs.<br><br>**KNOWLEDGE LEARNING CORPORATION, INC.,** and **DOES 1 through 5**, inclusive,<br><br>      Defendant. | **CASE NO.:  06-CV-01040 LKK KJM**<br><br>**STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

Dated: ___12/14/06_____        **HENK LEONARD**

**A Professional Law Corporation**

/s/ROBERT P. HENK
**ROBERT P. HENK**
**SHERI L. LEONARD**
Attorneys for Plaintiff,
**FOLAKE ODUNLAMI**

Dated: ___1/29/07_____        **JACKSON LEWIS LLP**

**/s/ MICHAEL J. CHRISTIAN**
**MICHAEL J. CHRISTIAN**
**BRIAN T. HILDRETH**
Attorneys for Defendant,
**KNOWLEDGE LEARNING**
**CORPORATION, INC.**

**IT IS SO ORDERED.**

Date: February 1, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and [Proposed] Order for Request for Dismissal